UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PASHA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-3569 (UNA) |
| ) | |
| CITY OF CEDAR PARK, TEXAS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

This matter is before the court on Pasha Taylor's *pro se* complaint, ECF No. 1, and application for leave to proceed *in forma pauperis* ("IFP"), ECF No. 2. The court will grant Ms. Taylor's IFP application and for the reasons explained below, will dismiss this case without prejudice.

Ms. Taylor resides in Pflugerville, Texas. ECF No. 1, at 1. In September 2020, she submitted an information request to the Cedar Park, Texas, Police Department pursuant to the Texas Public Information Act in an attempt to acquire a copy of a police report. *Id.* at 2. The department denied the request, and Ms. Taylor now brings this action under the federal Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.* She seeks to compel the Cedar Park Police Department to furnish her with the requested report. ECF No. 1.

"The Freedom of Information Act was enacted to facilitate public access to Government documents." *U.S. Dep't of State v. Ray*, 502 U.S. 164, 173 (1991) (citing *John Doe Agency v. John Doe Corp.*, 493 U.S. 146, 151 (1989)). It "does not apply to . . . state and local governments." *Dockery v. Gonzales*, 524 F. Supp. 2d 49, 52 n.1 (D.D.C. 2007). The City of Cedar Park and its police department are local municipal entities, not federal government entities.

Accordingly, the court will grant Ms. Taylor's application to proceed *in forma pauperis* but will dismiss the complaint without prejudice. A separate Order will issue.

Date: January 2, 2025

LOREN L. ALIKHAN
United States District Judge